**COMMONWEALTH of Pennsylvania,**
**Appellant**

v.

**Ross REID, Appellee.**

Supreme Court of Pennsylvania.

Aug. 31, 2015.

Hugh J. Burns, Jr., Philadelphia, for Commonwealth of Pennsylvania.

Daniel Paul Alva, Alva & Associates, Philadelphia, for Ross Reid.

### ORDER

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED.** *See Commonwealth v. Hopkins,* —— Pa. ——, 117 A.3d 247 (2015).